# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORDELL HOWARD,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>KINGS COUNTY JAIL, et al.,<br><br>　　　　Defendants. | Case No.  1:15-cv-01647-DAD-SAB-PC<br><br>ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO COMPLY WITH A COURT ORDER<br><br>(ECF NO.  8)<br><br>THIRTY DAY DEADLINE |

Plaintiff Cordell Howard is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On January 27, 2016, the Court screened and dismissed Plaintiff's complaint, with leave to amend, for failure to state a cognizable claim.  (ECF No. 8.)   Plaintiff was directed to file an amended complaint within thirty days from the date of service.  (Id.)   The thirty day period has expired, and Plaintiff has not filed an amended complaint or otherwise responded to the Court's order.  As a result, there is no pleading on file which sets forth any claims upon which relief may be granted.

Accordingly, Plaintiff shall show cause within thirty (30) days as to why this action

should not be dismissed.  Failure to comply with this order will result in a recommendation that this action be dismissed for failure to comply with a court order and failure to state a cognizable claim upon which relief may be granted.

IT IS SO ORDERED.

Dated: **March 4, 2016**

UNITED STATES MAGISTRATE JUDGE